**Joanna M. Roberto, Esq.**
Partner

**Direct Dial/Fax/Text**
516.329.9403

**Email:**
jroberto@GerberCiano.com



GERBER  CIANO  KELLY  BRADY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____6/9/2020____

June 9, 2020

<u>Via ECF</u>
Honorable Judge Analisa Torres
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

        Re:    Certain Underwriters of Lloyds v. Jose Mendoza,
              NYC Security Services, Inc., et al.
              Docket No.:   20-cv-02939
              GCKB File:   1263.0005

Dear Honorable Judge Torres:

This office represents Plaintiff in the above-referenced action.  The Court directed the parties to file a Civil Case Management Plan and Scheduling Order by June 10, 2020 and to attend a telephonic Initial Pre-Trial Conference on June 17, 2020.  Although Plaintiff is ready to proceed, Defendants Jose Mendoza, NYC Security Services Inc., and John Doe Security Guard, have not yet appeared in this action.  A supplemental notice of the complaint was also served on defendants.

Based on Defendants' failure to appear, we request an adjournment of the June 10 deadline and June 17, 2020 Conference.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Joanna M. Roberto*

Joanna M. Roberto

GRANTED.  The initial pretrial conference scheduled for June 17, 2020 is ADJOURNED to **July 22, 2020**, at **11:40 a.m.**  The conference will be held telephonically, and the parties are directed to use the call-in information previously provided. *See* ECF No. 9.

By **July 15, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 9, 2020
      New York, New York

**ANALISA TORRES**
United States District Judge