UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYDS, LONDON and PRIME INSURANCE COMPANY,

        Plaintiffs,

-against-

JOSE MENDOZA, NYC SECURITY SERVICES, INC. and JOHN DOE – SECURITY GUARD, as yet identified,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/20/2020__

20 Civ. 2939 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 15, 2020, certificates of default were entered against Defendants, ECF Nos. 21–21, and on August 14, 2020, Plaintiffs moved by order to show cause for a default judgment, ECF No. 30. However, on July 23, 2020, Defendant Jose Mendoza appeared and filed an answer. ECF No. 28.

    It is hereby ORDERED that by **August 27, 2020,** Plaintiffs shall inform the Court whether they intend to continue pursuing a default judgment against Mendoza.

    SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge