UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON and PRIME
INSURANCE COMPANY,

                     Plaintiffs,

        -against-

JOSE MENDOZA, NYC SECURITY
SERVICES, INC. and JOHN DOE –
SECURITY GUARD, as yet unidentified,

                     Defendants.

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  8/31/2020 |

20 Civ. 2939 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        On August 14, 2020, Plaintiffs moved by order to show cause for a default judgment against Defendants.  ECF No. 30.  In support of this motion, Plaintiffs submitted declarations with attachments from Joanna M. Roberto, Amanda Reynolds, and Arif Pal, along with a proposed default judgment (together, the "Supporting Documents").  ECF Nos. 31–33, 35.  On July 22, 2020, Defendant Jose Mendoza filed an answer to the complaint.  ECF No. 27.  On August 25, 2020, Plaintiffs represented that they do not intend to pursue a default judgment against Mendoza.  ECF No. 37.

        Accordingly, it is hereby ORDERED that:

1.  In light of the COVID-19 pandemic, the motion for default judgment will be resolved **on the papers**.

2.  By **September 14, 2020**, Plaintiffs shall serve copies of this Order and the Supporting Documents, by personal service.

3.  By **September 21, 2020**, Plaintiffs shall file on the docket (1) proofs of service, and (2) the Supporting Documents that were served upon Defendants (as an attachment to the proofs of service).

4.  By **October 12, 2020,** Defendants shall respond to Plaintiffs' motion.

5.  By **October 26, 2020**, Plaintiffs shall submit their reply, if any

        SO ORDERED.

Dated: August 31, 2020
      New York, New York

ANALISA TORRES
United States District Judge

2