```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10//2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON and PRIME
INSURANCE COMPANY,

                Plaintiffs,

-against-

JOSE MENDOZA, NYC SECURITY
SERVICES, INC. and JOHN DOE –
SECURITY GUARD, as yet unidentified,

                Defendants.

20 Civ. 2939 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The case management conference scheduled for September 14, 2021, is ADJOURNED *sine die*.

        SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge