USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/14/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
CERTAIN UNDERWRITERS AT
LLOYDS, LONDON and PRIME
INSURANCE COMPANY,

                Plaintiffs,

-against-

NYC SECURITY SERVICES, INC. and
JOHN DOE – SECURITY GUARD, as
yet unidentified,

                Defendants.
---

20 Civ. 2939 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 29, 2023, the Court dismissed the action against Defendant Jose Mendoza after being advised that he and Plaintiffs had reached a settlement. ECF No. 59. No settlement, however, had been reached between Plaintiffs and Defendant NYC Security Services. ECF No. 60.

    By **November 28, 2023**, Plaintiffs shall update the Court on the status of the litigation, including with respect to their intentions to continue their action against Defendant NYC Security Services.

    SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge